United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATTERN DESIGN LLC,
Plaintiff,

v.

WE ARE SECHEY INC., et al.,
Defendants.

Case No. 24-cv-02604-CRB

**ORDER TO SHOW CAUSE**

On November 9, 2026, this Court issued a Clerk's Notice continuing the case management conference scheduled for November 13, 2026, because the parties failed to file a timely joint case management statement. Clerk's Notice (dkt. 33); see Case Mgmt. Scheduling Order (dkt. 30). The new conference was scheduled for November 20, 2026, with a joint case management statement due on November 13. Clerk's Notice. On November 13, Defendant Sechey, Inc. filed a case management statement. Case Mgmt. Statement (dkt. 34). Defendant wrote that "Plaintiff did not reach out or respond when contacted regarding its portion of any joint statement under the Court's November 9 Order." Id. at 1. Defendant also claimed that Plaintiff "did not contact Sechey about preparing a . . . joint case management statement before the [earlier] November 6" deadline and that such "inaction appears to be by design," as Plaintiff seeks to accrue contractual late fees by delaying resolution of the case. Id. at 3.

//

//

//

Given Plaintiff's repeated failure to submit case management statements in a timely manner, and cognizant of Defendant's claim that Plaintiff may be acting in bad faith, Plaintiff is hereby **ORDRED** to show cause, by no later than **November 24, 2026**, for their failure to coordinate with Defendants and submit joint case management statements. The case management conference is continued to December 4, 2026.

**IT IS SO ORDERED.**

Dated: November 17, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California